**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01343-REB-KMT

MELODI PINZ,

     Plaintiff,

v.

AZURA OF LAKEWOOD, LLC,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter before me is the **Stipulation To Dismiss** [#20][1] filed October 18, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Stipulation To Dismiss** [#20] filed October 18, 2012, is **APPROVED**;

     2. That the Final Pretrial Conference and Trial Preparation Conference set for May 31, 2013, are **VACATED**;

     3. That the jury trial set to commence June 17, 2013, is **VACATED**; and

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated October 18, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge